1 | MICHAEL HINCKLEY (CSBN 161645)
    STIGLICH & HINCKLEY, LLP
2 | 502 Seventh Street
    San Francisco, California 94103
3 | Telephone: 415-865-2539
    Fax: 415-865-2538
4 |
    Attorney for Defendant
5 | BAYARDO ROCHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 03-00290-02 MHP |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER RE: TO CONTINUE HEARING |
| BAYARDO ROCHA, | ) | |
| Defendant. | ) | |

Defendant BAYARDO ROCHA, by and through his counsel Michael Hinckley and the United States by and through Assistant United States Attorney David Ward, hereby stipulate and agree to continue the hearing date in the above entitled matter from November 16, 2009 at 10:00 a.m. to November 23, 2009 at 11:00 a.m.

Good cause exist for this continuance in that defense counsel is unavailable due to an urgent family obligation which requires him to be out of state on the current date.

The assigned Probation officer Mark Unalp has no objection to the requested continuance.

///

///

///

*U.S. v. ROCHA*, CR 03-290 MHP
Stip. & [Proposed] Order To Cont. Hearing
-1-

IT IS SO STIPULATED.

Dated: November 12, 2009

/S/ Michael Hinckley
MICHAEL L. HINCKLEY
Attorney for Defendant
BAYARDO ROCHA

Dated: November 12, 2009

/S/ David Ward
DAVID WARD
Assistant United States Attorney

## ORDER

Pursuant to stipulation the hearing in the above matter is hereby continued from November 16, 2009 at 10:00 a.m. to November 23, 2009 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: 11/17/2009 .

HON.
United
Judge Marilyn H. Patel

*IT IS SO ORDERED* (seal: United States District Court, Northern District of California)

U.S. v. ROCHA, CR 03-290 MHP
Stip. & [Proposed] Order To Cont. Hearing

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Law Offices
Stiglich & Hinckley

U.S. v. ROCHA, CR 03-290 MHP
Stip. & [Proposed] Order To Cont. Hearing

-3-