MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:   (510) 486-0801

Attorneys for Defendant
BAYARDO ROCHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-03-00290 MPH |
| Plaintiff, | **STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE HEARING** |
| vs. | |
| BAYARDO ROCHA, | Date: May 21, 2013 |
| Defendant. | Time: 2:30 p.m. |
| | Courtroom: Hon. Richard Seeborg |

Defendant BAYARDO ROCHA, by and through his appointed counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Owen Martikan, hereby stipulate and agree to continue the hearing in this matter from May 21, 2013, at 2:30 p.m. to June 25, 2013 at 2:30 p.m.

Good cause exists for this request in that counsel for the defendant has been engaged in a complex fraud trial in Hayward, California.  His participation in the trial concluded this week. As a result of the trial, additional time in needed to complete coordination of a negotiated disposition of the matter pending before this Court and Mr. Rocha's related state court matter.

United States Probation Officer Shaheen Shan has no objection to this request.

STIPULATION --BAYARDO ROCHA

**IT IS SO STIPULATED.**

Dated: 5/16/2013                                      /s/ Owen Martikan

                                                              Owen Martikan
                                                              Assistant United States Attorney

Dated: 5/16/2013                                      /s/Michael Hinckley

                                                              MICHAEL HINCKLEY
                                                              Attorneys for Defendant

STIPULATION --BAYARDO ROCHA

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for hearing in this matter is continued from May 21, 2013, to June 25, 2013, at 2:30 p.m.

IT IS SO ORDERED.

Dated: 5/20/13

Richard Seeborg
United States District Judge

STIPULATION --BAYARDO ROCHA