MICHAEL HINCKLEY, State Bar No. 161645
THE LAW OFFICES OF MICHAEL HINCKLEY
803 Hearst Avenue
Berkeley, California 94710
Telephone:   (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant
BAYARDO ROCHA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>     vs.<br><br>BAYARDO ROCHA,<br><br>             Defendant. | Case Nos. CR-03-0290-001 RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING DATE OF HEARING** |

      Defendant Bayardo Rocha, by and through his counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Owen Martikan, hereby stipulate and agree to continue the hearing in the above matters from March 31, 2015 at 2:30 p.m. to April 28, 2015 at 2:30 p.m.

      Good cause exists for this request.  Since the last calling of this case Mr. Rocha's counsel has had contact with Mr. Rocha's state court lawyer.  Earlier efforts to reach Mr. Rocha's state lawyer were unsuccessful, largely because the state court lawyer had been on vacation.  Mr. Rocha's state counsel and his present counsel are now coordinating and working with state prosecutors in order to resolve the state matter with the resolution of the instant federal matter. We are hopeful that the parties can reach a global disposition, but additional time is needed to get the matter on calendar in state court to complete this process.

      Accordingly, the parties request April 28, 2015 at 2:30 p.m. for the continued hearing date.

U.S. V. ROCHA, CR-03-00290-001 RS

United States Probation Officer John Torres does not object to this request.

**IT IS SO STIPULATED.**

Dated: 3/13/2015                                         /s/Owen Martikan
                                                                         OWEN MARTIKAN
                                                                         Assistant United States Attorney

Dated: 3/13/2015                                         /s/Michael Hinckley
                                                                         MICHAEL HINCKLEY
                                                                         Attorney for BAYARDO ROCHA

U.S. V. ROCHA, CR-03-00290-001 RS

## **ORDER**

GOOD CAUSE APPEARING, upon stipulation of the parties, the date for hearing in this matter is continued from March 31, 2015, to April 28, 2015, at 2:30 p.m.

IT IS SO ORDERED.

Dated: 3/18/15

Hon. RICHARD SEEBORG
United States District Judge

U.S. V. ROCHA, CR-03-00290-001 RS